**KEYTRAK, INC., Plaintiff–Appellant,**

v.

**KEY TRAK WESTERN DIVISION, INC., Defendant,**

and

**Key Register, L.L.C. and Key Register Systems, Inc., Defendants– Appellees.**

No. 04–1096.

United States Court of Appeals, Federal Circuit.

July 9, 2004.

Michael L. Glaser, Principal Attorney, Chris R. Strohmenger, Michael D. Murphy, of Counsel, Shughart, Thomson, Denver, CO, for Defendants–Appellees.

William A. Capp, Principal Attorney, Michael A. Cicero, Kirk W. Watkins, of Counsel, Womble, Carlyle, Atlanta, GA, for Plaintiff–Appellant.

Before MICHEL, GAJARSA and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

